# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHLEY BOENING, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>RETAILMENOT, INC., THOMAS BALL, JEFF CROWE, ERIC KORMAN, JULES MALTZ, GOKUL RAJARAM, GREG SANTORA, BRIAN SHARPLES, TAMAR YEHOSHUA, COTTER CUNNINGHAM, HARLAND CLARKE HOLDINGS CORP., and R ACQUISITION SUB, INC.,<br><br>    Defendants. | Case No. 1:17-cv-00545-GMS |

## STIPULATION AND [PROPOSED] ORDER CONCERNING
## PLAINTIFF'S VOLUNTARY DISMISSAL

  Pursuant to Fed. R. Civ. P. 41(a)(1), and the Stipulation of all Parties who have appeared in this action, **IT IS HEREBY ORDERED** that this Action is voluntarily dismissed with prejudice as to the above-named Plaintiff only and dismissed without prejudice as to any members of the putative class.

Dated: June 13, 2017

| **RIGRODSKY & LONG, P.A.** | **DLA PIPER LLP (US)** |
|---|---|

*/s/ Brian D. Long*     */s/ Derrick Farrell*

| | |
|---|---|
| Seth D. Rigrodsky (#3147) | Derrick Farrell (#5747) |
| Brian D. Long (#4347) | 1201 North Market Street, Suite 2100 |
| Gina M. Serra (#5387) | Wilmington, DE 19801 |
| 2 Righter Parkway, Suite 120 | Telephone: 302 468 5646 |
| Wilmington, DE 19803 | Email: Derrick.farrell@dlapiper.com |
| Tel.: (302) 295-5310 | |
| Facsimile: (302) 654-7530 | *Attorneys for Defendant RetailMeNot,* |
| Email: sdr@rl-legal.com | *Inc., and the Individual Defendants* |
| Email: bdl@rl-legal.com | |
| Email: gms@rl-legal.com | **OF COUNSEL:** |

*Attorneys for Plaintiff*

**OF COUNSEL:**

**LEVI & KORSINSKY LLP**

Robert W. Brownlie
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel: (619) 699-2700
Robert.Brownlie@dlapiper.com

Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121
Email: denright@zlk.com
Email: etripodi@zlk.com

**RICHARDS, LAYTON**
   **& FINGER, P.A.**

*/s/ Raymond J. DiCamillo*

Raymond J. DiCamillo (#3188)
Sarah A. Galetta (#6157)
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Email: DiCamillo@rlf.com
Email: Galetta@rlf.com

*Attorneys for Harland Clarke Holdings*
*Corp., and R Acquisition Sub, Inc.,*

2

SO ORDERED this _____ day of _____, 2017

_____
The Honorable Gregory M. Sleet
United States District Court Judge